# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | GP-Pharmacy | 12/29/2022 | Wire | $ 250,095.18 |
| Akorn Operating Company, LLC | GP-Pharmacy | 1/12/2023 | Wire | $ 2,387.99 |
| Akorn Operating Company, LLC | GP-Pharmacy | 1/26/2023 | Wire | $ 349,595.20 |
| | | | | $ 602,078.37 |